AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**— OFFENSE CHARGED —**

Title 26 U.S.C. § 5861(i) – Possession of a Firearm not Identified by a Serial Number; 26 U.S.C. § 5872 and 28 U.S.C. § 2461 – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum Prison Term of 10 Year;
Maximum Fine of $10,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100;

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

┌─ DEFENDANT - U.S ─────────────┐
│ ▶ EMORU OBOKE OBBANYA          │
│                                │
│ DISTRICT COURT NUMBER          │
│                                │
│        CR 11 0677 CW           │
└────────────────────────────────┘

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Susan Phan

**— DEFENDANT —**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR 11 0677 CW

EMORU OBOKE OBBANYA,

FILED
2011 SEP 20 P 4:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

---

DEFENDANT(S).

---

## INDICTMENT

Title 26 U.S.C. § 5861(i) – Possession of a Firearm not Identified
by a Serial Number;
26 U.S.C. § 5872 and 28 U.S.C. § 2461 – Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this ____ day of
September

Ada Means       Clerk

Bail, $  **NO BAIL WARRANT**

Jacqueline Scott Corley
United States Magistrate Judge

1 | MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 11 0677 |
| Plaintiff, ) | |
| ) | VIOLATION: 26 U.S.C. § 5861(i) – Possession of a Firearm not Identified by a Serial Number; 26 U.S.C. § 5872 and 28 U.S.C. § 2461 – Criminal Forfeiture |
| v. ) | |
| EMORU OBOKE OBBANYA, ) | |
| ) | |
| Defendant. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about July 18, 2009, in the Northern District of California, the defendant,

EMORU OBOKE OBBANYA,

knowingly possessed a firearm, specifically an Orion 12 gauge flare pistol containing a .38 caliber chamber, not identified by a serial number, in violation of Title 26, United States Code, Section 5861(i).

//

//

//

INDICTMENT
EMORU OBOKE OBBANYA

**FORFEITURE ALLEGATION**: (26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

Upon conviction of the offense charged in this Indictment, the defendant,

EMORU OBOKE OBBANYA,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461, any firearm involved in the commission of the offense of conviction, including but not limited to the following item that was obtained from defendant on July 18, 2009, at 976 Grizzly Peak Blvd., Berkeley, California: one Orion 12 gauge flare pistol containing a .38 caliber chamber, not identified by a serial number, all pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

DATED: *Sept 20, 2011*

A TRUE BILL.

*/s/ Foreperson/*
FOREPERSON

MELINDA HAAG
United States Attorney

*/s/*
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____ )
SAUSA PHAN

INDICTMENT
EMORU OBOKE OBBANYA