AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

### — OFFENSE CHARGED —

26 U.S.C. § 5861(d) – Possession of Firearm in Form of Components From Which Destructive Device May Be Readily Assembled; 26 U.S.C. § 5861(d) – Possession of Unregistered Firearm; 26 U.S.C. § 5861(f) – Making of Firearm in Violation of Nat'l Firearms Act; 26 U.S.C. § 5861(i) – Possession of Firearm Not Identified By Serial Number; 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) – Criminal Forfeiture ☐

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: For each count: Imprisonment for up to ten years; supervised release for up to three years; fine of up to $10,000; special assessment of $100

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### — DEFENDANT - U.S —

▶ EMORU OBOKE OBBANYA

DISTRICT COURT NUMBER

CR 11-0677 CW

### — PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

ATF and FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE    } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form _____ Melinda Haag

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____ Drew Caputo

### — DEFENDANT —

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### — ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR11-677 CW

UNITED STATES OF AMERICA,

V.

EMORU OBOKE OBBANYA

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

26 U.S.C. § 5861(d) - Possession of Firearm in Form of
Components from Which Destructive Device
May Be Readily Assembled;
26 U.S.C. § 5861(d) - Possession of Unregistered Firearm;
26 U.S.C. § 5861(f) - Making of Firearm in Violation of National
Firearms Act; 26 U.S.C. § 5861(i) - Possession of Firearm Not
Identified by Serial Number; 26 U.S.C. § 5872 and
28 U.S.C. § 2461 (c) - Criminal Forfeiture

---

A true bill.

_____
                          Foreman

Filed in open court this ____27____ day of

_____March 2012_____.

_____
                          Clerk

Bail, $ __no process/__

_____
NATHANAEL COUSINS
United States Magistrate Judge

1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12

13 | UNITED STATES OF AMERICA, ) No. CR 11-0677 CW

14 |     Plaintiff, ) VIOLATIONS: 26 U.S.C. § 5861(d) –
Possession of Firearm in Form of

15 |     v. ) Components From Which Destructive
Device May Be Readily Assembled; 26

16 | EMORU OBOKE OBBANYA, ) U.S.C. § 5861(d) – Possession of
Unregistered Firearm; 26 U.S.C. § 5861(f) –

17 |     Defendant. ) Making of Firearm in Violation of National
Firearms Act; 26 U.S.C. § 5861(i) –

18 | ) Possession of Firearm Not Identified By
Serial Number; 26 U.S.C. § 5872 and 28

19 | ) U.S.C. § 2461(c) – Criminal Forfeiture

20 | )

21 | ) OAKLAND VENUE

22 | )

23 | S U P E R S E D I N G   I N D I C T M E N T

24 | The Grand Jury charges:

25 | COUNT ONE:    (26 U.S.C. § 5861(d) – Possession of Firearm in Form of Components From
Which Destructive Device May Be Readily Assembled)

26

On or about July 18, 2009, in the Northern District of California, the defendant,

27

EMORU OBOKE OBBANYA,

28

SUPERSEDING INDICTMENT
CR 11-0677 CW

1  did knowingly possess a firearm, to wit a combination of parts designed and intended for use in

2  converting any device into a destructive device and from which a destructive device may readily

3  be assembled, not registered to him in the National Firearms Registration and Transfer Record, in

4  violation of Title 26, United States Code, Section 5861(d).

5  COUNT TWO:    (26 U.S.C. § 5861(d) – Possession of Unregistered Firearm)

6        On or about July 18, 2009, in the Northern District of California, the defendant,

7                  EMORU OBOKE OBBANYA,

8  did knowingly possess a firearm, to wit a weapon and device capable of being concealed on the

9  person from which a shot can be discharged through the energy of an explosive, specifically an

10  Orion 12 gauge flare pistol containing a .38 caliber chamber, not registered to him in the

11  National Firearms Registration and Transfer Record, in violation of Title 26, United States Code,

12  Section 5861(d).

13  COUNT THREE: (26 U.S.C. § 5861(f) – Making of Firearm in Violation of National Firearms
        Act)

14

15        On or about July 18, 2009, in the Northern District of California, the defendant,

16                  EMORU OBOKE OBBANYA,

17  did knowingly make a firearm, to wit a weapon and device capable of being concealed on the

18  person from which a shot can be discharged through the energy of an explosive, specifically an

19  Orion 12 gauge flare pistol containing a .38 caliber chamber, in violation of the provisions of the

20  National Firearms Act set forth at Title 26, United States Code, Section 5822, all in violation of

21  Title 26, United States Code, Section 5861(f).

22  COUNT FOUR:    (26 U.S.C. § 5861(i) – Possession of Firearm Not Identified By Serial
        Number)

23        On or about July 18, 2009, in the Northern District of California, the defendant,

24                  EMORU OBOKE OBBANYA,

25  did knowingly possess a firearm, to wit a weapon and device capable of being concealed on the

26  person from which a shot can be discharged through the energy of an explosive, specifically an

27  Orion 12 gauge flare pistol containing a .38 caliber chamber, not identified by a serial number, in

28  violation of Title 26, United States Code, Section 5861(i).

SUPERSEDING INDICTMENT
CR 11-0677 CW                            2

<u>FORFEITURE ALLEGATION</u>:   (26 U.S.C. § 5872 and 28 U.S.C.§ 2461(c) – Criminal Forfeiture)

The factual allegations alleged in Counts One through Four of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461.  Upon conviction of any of the offenses charged in Counts One through Four, the defendant,

EMORU OBOKE OBBANYA,

shall forfeit to the United States any firearm involved in the commission of the offense of conviction, including but not limited to the Orion 12 gauge flare pistol containing a .38 caliber chamber seized from defendant's residence on or about July 18, 2009, all pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

DATED: *Mar 27, 2012*                     A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form:  *Andrew Caputo*  )
AUSA Caputo

SUPERSEDING INDICTMENT
CR 11-0677 CW                                    3