STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant EMORU OBBANYA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                            )<br>                    Plaintiff,                    )<br>                                                            )<br>        v.                                              )<br>                                                            )<br>                                                            )<br>EMORU OBBANYA,                            )<br>                                                            )<br>                    Defendant.                 ) | No. CR 11-00677 CW (DMR)<br><br>STIPULATION AND ORDER<br>RETURNING PASSPORT |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that whereas defendant Emoru Obbanya is in federal custody serving the 27 month sentence which was imposed by Honorable Chief Judge Claudia Wilken on March 11, 2013, which will be followed by three years of supervised release, and whereas there are no further court proceedings scheduled in this case, Mr. Obbanya's United States passport may be released by Pretrial Services to either Mr. Obbanya's parents or to a representative of the Federal Public Defender's Office who will ensure that the passport be returned to his parents.  Defense counsel has spoken to Pretrial Services Officer

Betty Kim who has no objection to the stipulation and proposed order.

DATED: 4/29/13                             /s/_____
                                           JOYCE LEAVITT
                                           Assistant Federal Public Defender

DATED: 4/29/13                             /s/_____
                                           ANDREW CAPUTO
                                           Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that whereas defendant Emoru Obbanya is in federal custody serving the 27 month sentence which was imposed by Honorable Chief Judge Claudia Wilken and no further court appearances are scheduled, the United States passport of defendant Emoru Obbanya shall be released by Pretrial Services either directly to Norma or James Obbanya, who are the parents of Emoru Obbanya, or to a representative of the Federal Public Defender's Office who will ensure that the passport be returned to the parents of Mr. Obbanya.

    SO ORDERED.

DATED:   4/30/13
                                           _____
                                           DONNA M. RYU
                                           United States Magistrate Judge